# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-2757

Joseph Grkman, Jr. v. 890 Weatherwood Lane Operating, et al

(Originating Court No. 2-16-cv-00519)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 8, 2016

cc:
Robert F. Daley, Esq.
Robert D. Finkel, Esq.
A. Michael Gianantonio, Esq.

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.